AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FIRST CONGREGATIONAL CHURCH OF HAMILTON,
                                    Plaintiff

V.

TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC
DISTRICT COMMISSION and TOWN OF HAMILTON
ZONING BOARD OF APPEALS,
                                    Defendants

FILED
CLERKS OFFICE
2003 DEC 22 P 1:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 - 12405 JLT

TO: (Name and address of Defendant)

Zoning Board of Appeals
Town of Hamilton
Hamilton Town Hall
577 Bay Road
Hamilton, MA  01982

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin M. Dalton, Esq.
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA  01915

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

December 1, 2003

DATE

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE December 10, 2003 |
| NAME OF SERVER *(PRINT)* Kevin M. Dalton, Esq. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested, in accordance with Mass.R.Civ.P. 4(d)(5) as permitted by Fed.R.Civ.P. 4(j)(2). The original "green card" evidencing the Defendants receipt of the Summons and Complaint is annexed to this return.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL Not Applicable |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/03
                  Date

Signature of Server  Kevin M. Dalton

Glovsky & Glovsky
8 Washington Street
Beverly, MA 01915
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.