UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2003 DEC 29 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>    Defendants. | Case No. 03-12405JLT |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Town of Hamilton, Town of Hamilton Historic District Commission and Town of Hamilton Zoning Board of Appeals.

Dated: December 24, 2003

TOWN OF HAMILTON, TOWN OF
HAMILTON HISTORIC DISTRICT
COMMISSION AND TOWN OF
HAMILTON ZONING BOARD OF
APPEALS,
By their attorneys,

_____
Donna B. MacKenna, BBO #545254
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
(617) 426-5900

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by mail on December 24, 2003.

_____
Donna B. MacKenna