UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC 29 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>    Defendants. | Case No. 03-12405JLT |

## MOTION TO EXTEND TIME TO RESPOND (ASSENTED-TO)

Defendants Town of Hamilton, Town of Hamilton Historic District Commission and Town of Hamilton Zoning Board of Appeals (collectively "Hamilton") hereby request that the time within which they must answer or otherwise respond to the complaint be extended until January 12, 2004. Plaintiff's counsel assents to this extension.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, counsel for Hamilton, hereby certify that I have conferred in good faith with

counsel for the plaintiff and have thereby obtained counsel's assent to this motion.

Dated: December 24, 2003

TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION AND TOWN OF HAMILTON ZONING BOARD OF APPEALS,
By their attorneys,

_____
Donna B. MacKenna, BBO #545254
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Assented:

FIRST CONGREGATIONAL CHURCH OF HAMILTON,
By its attorneys,

_____
Kevin M. Dalton, BBO #112710
GLOVSKY & SLOVSKY
8 Washington Street
Beverly, MA 01915
(978) 922-5000

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by mail on December 24, 2003.

_____
Donna B. MacKenna

2