UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>Plaintiff,<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>Defendants. | Case No. 03-12405JLT |

## MOTION TO DISMISS

Defendants Town of Hamilton, Town of Hamilton Historic District Commission and Town of Hamilton Zoning Board of Appeals (collectively "Town") hereby move pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss plaintiff's complaint. The Town's actions which are the subject of this complaint are already challenged in two state court actions. Plaintiff's current complaint, therefore, represents improper claim splitting. Federal action is inappropriate in light of the prior actions pending in state court. Finally, plaintiff's federal complaint is untimely pursuant to Mass. Gen. L. c. 40A, § 17 and c. 40C, § 12. The statutory time limitations for filing appeals of actions of the Zoning Board of Appeals and the Historic District Commission are jurisdictional.

In further support of this motion, the Town relies upon the accompanying Memorandum in Support of Motion to Dismiss and the accompanying Appendix. The Appendix comprises copies of the state court documents.

Wherefore, defendants request that their motion to dismiss be granted.

Dated: January 12, 2004

TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION AND TOWN OF HAMILTON ZONING BOARD OF APPEALS,
By their attorneys,

_____
Donna B. MacKenna, BBO #545254
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by mail on January 12, 2004.

_____
Donna B. MacKenna

2