UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST CONGREGATIONAL CHURCH )
OF HAMILTON, )
      Plaintiff, )
)
v. )
)
TOWN OF HAMILTON, TOWN OF )
HAMILTON HISTORIC DISTRICT )
COMMISSION and TOWN OF )
HAMILTON ZONING BOARD OF )
APPEALS, )
)
      Defendants. )

Case No. 03-12405JLT

## APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

1. Affidavit of Donna B. MacKenna

   A. Complaint, *First Congregational Church v. Town of Hamilton Historic District Commission*, C.A. No. 02-01725 (Essex Super. Ct.)

   B. Trial Notice, *First Congregational Church v. Town of Hamilton Historic District Commission*, C.A. No. 02-01725 (Essex Super. Ct.)

   C. Clerk's Notice, *First Congregational Church v. Town of Hamilton Historic District Commission*, C.A. No. 02-01725 (Essex Super. Ct.)

   D. Complaint, *First Congregational Church v. William F. Bowler, Winifred Whitman and Beth Ganister, as They are Members of the*

*Town of Hamilton Zoning Board of Appeals and the Friends of the Manassah Cutler Property*, C.A. No. 02-01286 (Essex Super. Ct.)

Donna B. MacKenna, BBO #545254
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by mail on January 12, 2004.

_____
Donna B. MacKenna

6134.15/308652v1

2