UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>　　　　Defendants. | Case No. 03-12405JLT |

## REQUEST FOR ORAL ARGUMENT

Defendants Town of Hamilton, Town of Hamilton Historic District Commission and Town of Hamilton Zoning Board of Appeals hereby requests oral argument on their Motion to Dismiss.

Dated: January 12, 2004

TOWN OF HAMILTON, TOWN OF
HAMILTON HISTORIC DISTRICT
COMMISSION AND TOWN OF
HAMILTON ZONING BOARD OF
APPEALS,
By their attorneys,

_/s/ Donna B. MacKenna_
Donna B. MacKenna, BBO #545254
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by mail on January 12, 2004.

_/s/ Donna B. MacKenna_
Donna B. MacKenna

6134.15/308669.1