UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>    Defendants. | Case No. 03-12405-JLT |

## JOINT STATEMENT

The parties to the above-captioned action, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1, submit the following Joint Statement in connection with the June 8, 2004 Scheduling Conference.

    I.    Conference Agenda

        1.    Proposed Pre-Trial Schedule and Discovery Plan
        2.    Pending Issues
        3.    Possibility of Consent to Trial by Magistrate Judge
        4.    Notice to U.S. Attorney under Rule 24(C), based upon Defendant's challenge to the constitutionality of the Religious Land Use and Institutionalized Persons Act.
        5.    Advisability of Motions under Rule 56.

    II.    Proposed Joint Discovery Plan

        1.    Amendment to Pleadings. The parties may amend their pleadings without the need for filing a Rule 15 motion on or before June 30, 2004. After that date, Motions to Amend may only be made by consent of the parties or by filing a Motion for Leave with the Court.

        2.    Written Discovery Requests. Interrogatories and Requests for Production of Documents shall be propounded by July 31, 2004.

        3.      Depositions. Depositions of fact witnesses will be completed by September 30, 2004.

        4.      Request for Admissions. Request for Admissions shall be propounded by November 15, 2004.

        5.      Settlement Conference. A settlement conference, if approved by the Court, shall occur in November 2004.

        6.      Expert Discovery. Expert witnesses will be identified by October 15, 2004. Expert reports shall be filed by October 30, 2004. Expert Depositions shall be completed by November 30, 2004.

III.    Proposed Motion Schedule

Rule 56 Motions for Summary Judgment shall be filed by January 31, 2005.

IV.    Settlement and/or Case Management Conference

A Settlement Conference and/or Case Management Conferences shall take place at the discretion of the Court. The parties recommend that the Court hold a final pre-trial conference and set a firm trial date by March 31, 2005.

VI.    Trial by Magistrate

At this time, the parties do not agree to trial by Magistrate.

Town of Hamilton
Hamilton Historic District Commission
and Hamilton Zoning Board of Appeals

First Congregational Church of Hamilton

By their attorney:

*Donna Brewer MacKenna* (signature)

Donna B. MacKenna, Esq.
CASNER & EDWARDS
303 Congress Street
Boston, MA 02210
(617)426-5900
BBO#545254

Dated: 6/2/04

By its attorney:

*Kevin M. Dalton* (signature)

Kevin M. Dalton, Esq.
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA 01915
(978) 922-5000
BBO #112710



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

FILED
IN CLERKS OFFICE

2004 JUN -2  P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 2, 2004

**BY HAND**

Civil Clerk
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: *First Congregational Church of Hamilton v. Town of Hamilton, et al.*
United States District Court Civil Action No. 03-12405JLT

Dear Sir or Madam:

Enclosed for filing are the following documents:

1. Joint Statement;
2. Local Rule 16.1(D)(3) Certification of plaintiff; and
3. Local Rule 16.1(D)(3) Certification of defendants.

Thank you for your assistance with this matter.

Very truly yours,

Donna B. MacKenna

DBM:mpb
Enclosures
cc: Kevin M. Dalton, Esq. (with enclosures) (by first class mail)

6134.15/322513