UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN -2 P 3: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No. 03-12405-JLT

FIRST CONGREGATIONAL CHURCH )
OF HAMILTON, )
       Plaintiff )
)
v. )
)
TOWN OF HAMILTON, TOWN OF )
HAMILTON HISTORIC DISTRICT )
COMMISSION and TOWN OF )
HAMILTON ZONING BOARD OF APPEALS, )
)
       Defendants. )

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Kevin M. Dalton, attorney for the Plaintiff, and Carmela Martin, Chairperson of the Steering Committee for the Fellowship Hall Project, on behalf of the Plaintiff, First Congregational Church of Hamilton, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation; and also to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

By Plaintiff's Attorney

_[signature]_
Kevin M. Dalton, Esq.
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA 01915
(978) 922-5000
BBO #112710

FIRST CONGREGATIONAL CHURCH
OF HAMILTON

By: _[signature]_
   Carmela Martin, Chairperson of its
   Steering Committee

Dated: 6-2-04