UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -2 P 3:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>Plaintiff,<br><br>v.<br><br>TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br><br>Defendants. | Case No. 03-12405-JLT |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), defendants and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation. In addition, the defendants

and their counsel have considered the resolution of this litigation through the use of

alternative dispute resolution programs.

Dated: June 1, 2004

| | |
|---|---|
| TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS, By their representative, | TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS, By their attorney, |
| *Candace P. Wheeler* | *Donna Brewer MacKenna* |
| Candace Wheeler Town Administrator Hamilton Town Hall 577 Bay Road Hamilton, Massachusetts 01936 (978) 468-5572 | Donna Brewer MacKenna, BBO #545254 Casner & Edwards, LLP 303 Congress Street Boston, Massachusetts 02210 (617) 426-5900 |

2