UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIRST CONGREGATIONAL CHURCH OF HAMILTON, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 03-12405-JLT |
| TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION, and TOWN OF HAMILTON ZONING BOARD OF APPEALS, | * * * * * * | |
| Defendants. | * | |

## ORDER

June 8, 2004

TAURO, J.

After the conference on June 8, 2004, this court hereby orders that:

1. Plaintiff may depose Thomas Catalano and Charles Brett;

2. Defendant may depose Stephen McCloud and Carmela Martin;

3. Defendant may conduct two (2) Fed. R. Civ. P. 30(b)(6) depositions of Plaintiff;

4. Defendant may serve up to thirty (30) interrogatories on Plaintiff;

5. All of the abovementioned discovery must be completed by September 30, 2004; and

6. A Further Conference will be held on October 7, 2004 at 10:15 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge