```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

FIRST CONGREGATIONAL,
    Plaintiff,

    V                                              CA 03-12405-JLT

TOWN OF HAMILTON,
    Defendant.

### NOTICE OF CANCELLATION AND RE-SCHEDULING

The status conference scheduled for October 7, 2004 has been canceled.

It has been re-scheduled for: TO BE ADVISED.

                                        By the court,
                                           /s/
                                      _____
                                      Zita Lovett
                                      Deputy Clerk,
                                      (617) 748-9183

September 20, 2004
cc: All counsel of record