UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12405JLT

FIRST CONGREGATIONAL CHURCH
OF HAMILTON,
    Plaintiff,

v.

TOWN OF HAMILTON, TOWN OF
HAMILTON HISTORIC DISTRICT
COMMISSION and TOWN OF
HAMILTON ZONING BOARD OF
APPEALS
    Defendants.

**JOINT MOTION TO POSTPONE PRETRIAL
CONFERENCE AND STAY PROCEEDINGS**

Plaintiff First Congregational Church of Hamilton ("Church") and defendants Town of Hamilton, Town of Hamilton Historic District Commission ("HDC") and Town of Hamilton Zoning Board of Appeals ("ZBA") jointly request that this Court postpone indefinitely the Pretrial Conference scheduled for February 1, 2005, and enter a stay of the proceedings. The parties have negotiated a conditional settlement of this matter. By decision filed with the Hamilton Town Clerk on August 6, 2004, the ZBA conditionally approved the site plan submitted by the Church for the construction of a Fellowship Hall differing in size and style from the building that is the subject of this matter. By decision filed with the Hamilton Town Clerk on September 1, 2004, the defendant HDC issued a certificate of appropriateness for the construction of the redesigned Fellowship Hall. One

of the conditions of site plan approval by the ZBA is the dismissal with prejudice of this lawsuit.

The 2004 decisions of the ZBA and the HDC have been appealed to state superior court by two *pro se* abutters to the Church.[1] The Church and the Town of Hamilton defendants believe that those lawsuits are without merit and that the boards' decisions will be affirmed. Further, the parties are seeking a negotiated settlement with the abutters. Nevertheless, the Church has been understandably hesitant to dismiss this matter while the abutters' actions are pending.

As the parties to this action have conditionally resolved their dispute and the only matters remaining are those raised in the abutters' appeals in state court, the parties request that this matter be stayed until the two abutters' lawsuits are resolved, at which time it is anticipated the parties will file a stipulation of dismissal with prejudice in this matter.

---

[1] The abutters' lawsuit against the ZBA is entitled, *James Brao and Paula M. Gesmundo v. Beth Gannister, David Sullivan and Susan Wiltshire as they are Members of the Town of Hamilton Zoning Board of Appeals and First Congregational Church of Hamilton,* C.A. NO. 04-1561A (Essex Super. Ct.). The abutters' lawsuit against the HDC is entitled, *James Brao and Paula M. Gesmundo v. Town of Hamilton Historic District Commission,* C.A. No. 04-1735A (Essex Super. Ct.).

For these reasons, the parties jointly request that their motion to postpone the pretrial conference and to stay the proceedings be granted.

LOCAL RULE 7.1(A)(2) CERTIFICATION.

I hereby certify that counsel have conferred and agree on the filing of this Motion.

Dated: January 25, 2005

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>FIRST CONGREGATIONAL CHURCH OF HAMILTON,<br>By its Attorney, | TOWN OF HAMILTON, TOWN OF HAMILTON HISTORIC DISTRICT COMMISSION and TOWN OF HAMILTON ZONING BOARD OF APPEALS,<br>By their Attorney, |
| s/Kevin M. Dalton<br>Kevin M. Dalton, BBO 112710<br>Glovsky & Glovsky<br>8 Washington Street<br>Beverly, MA 01915<br>(978) 922-5000 | s/Donna Brewer MacKenna<br>Donna Brewer MacKenna, BBO 545254<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joint Motion to Postpone Pretrial Conference and Stay Proceedings was served electronically upon plaintiff's counsel this 25th day of January, 2005.

s/Donna Brewer MacKenna
Donna Brewer MacKenna

6134.15/343239