```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

FIRST CONGREGATIONAL CHURCH
OF HAMILTON,
    Plaintiff,


   V                CA 03-12405-JLT

TOWN OF HAMILTON, TOWN OF HAMILTON
HISTORIC DISTRICT COMMISSION and TOWN
OF HAMILTON ZONING BOARD OF APPEALS,
   Defendants.


          <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>TAURO, D.J.</u>

    The court having been advised on January 25, 2005 by counsel for the parties that the above action has been settled:

        IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>90</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                            Zita Lovett
                                              /s/
                                      _____
                                        Deputy Clerk

February 9, 2005